■ THOMAS P. MURPHY et al., Plaintiffs, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Respondent, and CONCEPT CONSTRUCTION CORP., Appellant and Third-Party Plaintiff-Appellant. T & T MURRAY COMPANY, INC., Third-Party Defendant-Appellant. [617 NYS2d 685] —Motion to dismiss appeals granted and appeals dismissed without costs. Memorandum: The timely filing and serving of a notice of appeal is a jurisdictional prerequisite to an appeal. The time to file and serve the notice of appeal cannot be extended except under specific circumstances (see, CPLR 5514, 5520). None of those specific circumstances is present in this case, and the appeals, therefore, must be dismissed. Present—Pine, J. P., Balio, Lawton, Wesley and Boehm, JJ.

■ STONEWOOD VILLAGE REALTY, Petitioner, v TIM WILSON, Respondent. [617 NYS2d 656] —Motion to vacate warrant of eviction denied. Memorandum: Respondent's motion to vacate the warrant of eviction is denied. The proper forum for respondent is County Court, where a stay pending appeal may be sought (see, UJCA 1703; cf., French & Son v Trusevitz, 27 AD2d 702). Present—Pine, J. P., Balio, Lawton, Callahan and Doerr, JJ. (Filed Aug. 31, 1994.)

■ ANNA M. NEAL, Respondent, v CHARLES WRIGHT, Appellant. [617 NYS2d 656] —Motion for stay and other relief denied. Memorandum: A challenge to a restraining order issued pursuant to CPLR 5222 must be made by motion to Supreme or County Court (see, CPLR 5221 [a] [4]; 5240). Present—Pine, J. P., Balio, Lawton, Wesley and Callahan, JJ. (Filed Sept. 13, 1994.)